**Michael Dwain MCCONNELL, Plaintiff-Appellant**

v.

**Nancy A. BERRYHILL, Acting Commissioner of Social Security,[1] Defendant-Appellee**

**No. 16-2844**

United States Court of Appeals, Eighth Circuit.

Submitted: February 22, 2017

Filed: February 27, 2017

Michael Moroni, Bloomfield, MO, for Plaintiff-Appellant

Sean Stewart, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, for Respondent

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Michael Dwain McConnell appeals the order of the district court[2] affirming the Commissioner's determination that he is not entitled to disability insurance benefits and supplemental security income, after his hearing before an administrative law

---

1. Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Nancy A. Berryhill is substituted for Carolyn Colvin as the Acting Commissioner of the Social Security Administration.

2. The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.

judge. Upon de novo review, see <u>Perks v. Astrue</u>, 687 F.3d 1086, 1091, 1093 (8th Cir. 2012), we are satisfied that the decision is supported by substantial evidence on the whole record. The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.